PAMELA S. HOLLIS

# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FIORDALISO JR., NICHOLAS | § | Case No. 09-31998 |
| FIORDALISO, RENATA | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET, ROOM 713
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/10/2012 in Courtroom 644,

United States Courthouse
219 South Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>11/21/2011</u>          By: <u>Clerk of the Bankruptcy Court</u>
                                                    Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

*CHICAGO, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FIORDALISO JR., NICHOLAS | § | Case No. 09-31998 |
| FIORDALISO, RENATA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 150,000.48 |
| and approved disbursements of | $ | 85,808.12 |
| leaving a balance on hand of[1] | $ | 64,192.36 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $       9,099.05 | $       0.00 | $       9,099.05 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $       1,881.50 | $       0.00 | $       1,881.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $       36.90 | $       0.00 | $       36.90 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 11,017.45 |
| Remaining Balance | $ | 53,174.91 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,960.01  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Westlake Hospital | $        4,261.00 | $        0.00 | $        4,261.00 |
| 000002 | Westlake Hospital Anesthesia Group | $        1,840.00 | $        0.00 | $        1,840.00 |
| 000003 | FIA CARD SERVICES, N.A. | $        2,360.49 | $        0.00 | $        2,360.49 |
| 000004 | Chase Bank USA NA | $       11,498.52 | $        0.00 | $       11,498.52 |

Total to be paid to timely general unsecured creditors          $          19,960.01

Remaining Balance          $          33,214.90

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 195.39 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 33,019.51 .

Prepared By: /s/Philip V. Martino _____

Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 09-31998-PSH
Nicholas Fiordaliso                                             Chapter 7
Renata Fiordaliso
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: wepps              Page 1 of 3            Date Rcvd: Nov 22, 2011
                            Form ID: pdf006          Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2011.
```
db/jdb       #+Nicholas Fiordaliso, Jr.,   Renata Fiordaliso,   1466 Meegan Way,
               Elk Grove Village, IL 60007-3131
aty            Quarles & Brady LLP,   300 North LaSalle Street,    Suite 4000,   Chicago, IL 60654
14383830      +Alexian Brothers Med Center,   Bankruptcy Deparmtent,   800 Biesterfield Rd.,
               Elk Grove Village, IL 60007-3396
14383826      +Alexian Brothers Medical Group,   Bankruptcy Deparmtent,   PO Box 843147,   Boston, MA 02284-3147
17380697      +Ameris Bank,   120 3rd Avenue SE,   Moutrie, GA 31768-4763
14383822      +Bloomingdale Township,   Attn: Bankruptcy Dept.,   123 N. Rosedale Ave,
               Bloomingdale, IL 60108-1094
14383820      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
               Richmond, VA 23285)
14383821      +Chase,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
17673073       Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
14383803      +Dependon Collection SE,   Attn: Bankruptcy Dept.,   Po Box 4833,   Oak Brook, IL 60522-4833
17629390       FIA CARD SERVICES, N.A.,   Po Box 15102,   Wilmington, DE 19886-5102
17380696       First Midwest FDIC,   Attn Legal Department,   3200 Rock Creek Blvd,   Joliet, IL 60431
14383804      +Harris Bank,   Attn: Bankruptcy Dept.,   Po Box 94034,   Palatine, IL 60094-4034
17380695      +Harris Bank,   Harris Bank Legal Department,   111 W Monroe,   Chicago, IL 60603-4095
14383806      +Harris Trust & Savings,   Attn: Bankruptcy Dept.,   111 W Monroe St,   Chicago, IL 60603-4095
14383833      +Home Depot Credit Svc/Citicard,   Bankruptcy Department,   Po Box 6029,
               The Lakes, NV 88901-6029
14383817      +Home Depot/Citibank,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
14383824      +IL Bone and Joint Institute,   Bankruptcy Department,   5057 Paysphere Circle,
               Chicago, IL 60674-0001
14383798      +Illinois Collection SE,   Attn: Bankruptcy Dept.,   8231 185Th St Ste 100,
               Tinley Park, IL 60487-9356
14383835      +Liz Picchiotti,   131 Brandon Court,   Palantine, IL 60067-3480
14383829      +Loyola Univ. Med. Center,   Attn: Bankruptcy Department,   PO Box 95009,   Chicago, IL 60694-5009
14383823      +MB Financial,   Attn: Bankruptcy Dept.,   PO Box 6261,   Chicago, IL 60680-6261
14383801      +MB Financial,   Attn: Bankruptcy Dept.,   1200 N Ashland Ave,   Chicago, IL 60622-2259
14383802      +MGC Mortgage, Inc,   Attn: Bankruptcy Dept.,   75 Remittance Dr. STe 6664,
               Chicago, IL 60675-6664
14383810      +Macy's/DSNB,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
14383816      +Menards/Household Bank,   Attn: Bankruptcy Dept.,   90 Christiana Rd,   New Castle, DE 19720-3118
14383825      +Midwest Open MRI,   Bankruptcy Department,   PO Box 66973/Slot 30298,   Chicago, IL 60666-0973
14383811      +Nordstrom Bank, FSB,   Attn: Bankruptcy Dept.,   Po Box 6555,   Englewood, CO 80155-6555
14383828      +Physician Anesthesia Assoc,   Attn: Bankruptcy Dept.,   Dept 4330,   Carol Stream, IL 60122-0001
14383827      +Revenue Cycle Solutions/RCS,   Bankruptcy Department,   PO Box 7229,   Westchester, IL 60154-7229
14383813      +Roomplace/WFNNB,   Attn: Bankruptcy Dept.,   Po Box 2974,   Shawnee Mission, KS 66201-1374
14383831      +Royal First Assistants, Inc,   Attn: Bankruptcy Dept.,   5273 Wakefield Ln,
               Long Grove, IL 60047-5221
14383815      +Sears/Citibank,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
14383805      +Statman, Harris & Eyrich LLC,   200 W. Madison Ste 3820,   Chicago, IL 60606-3465
14383834      +The Blue Book of Building & Co,   Attn: Bankruptcy Dept.,   PO Box 500,
               Jefferson Valley, NY 10535-0500
14620849      +Westlake Hospital,   C/O James T. Gately,   8233 W. 185th Street,   Tinley Park, IL 60487-9220
14718224      +Westlake Hospital Anesthesia Group,   c/o James T. Gately,   8233 W. 185th Street,
               Tinley Park, IL 60487-9220
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14383800       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 23 2011 03:04:58    American Honda Finance,
               Attn: Bankruptcy Dept.,   2170 Point Blvd Ste 100,   Elgin, IL 60123
14383818      +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2011 05:29:06    Dick's Sporting Goods/GEMB,
               Attn: Bankruptcy Dept.,   Po Box 981474,   El Paso, TX 79998-1474
14383812       E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2011 04:37:42    Lowe's/GEMB,
               Attn: Bankruptcy Dept.,   Po Box 103065,   Roswell, GA 30076
                                                                                            TOTAL: 3
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14383819*     +Home Depot/Citibank,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
14383799*     +Illinois Collection SE,   Attn: Bankruptcy Dept.,   8231 185Th St Ste 100,
               Tinley Park, IL 60487-9356
14383807*     +Illinois Collection SE,   Attn: Bankruptcy Dept.,   8231 185Th St Ste 100,
               Tinley Park, IL 60487-9356
14383808*     +Illinois Collection SE,   Attn: Bankruptcy Dept.,   8231 185Th St Ste 100,
               Tinley Park, IL 60487-9356
14383809*     +Illinois Collection SE,   Attn: Bankruptcy Dept.,   8231 185Th St Ste 100,
               Tinley Park, IL 60487-9356
```

```
District/off: 0752-1        User: wepps              Page 2 of 3            Date Rcvd: Nov 22, 2011
                           Form ID: pdf006           Total Noticed: 40

14383814   ##+Bank of America,   Attn: Bankruptcy Dept.,   Po Box 1598,   Norfolk, VA 23501-1598
14383832   ##Home Depot,   Bankruptcy Department,   PO Box 689100,   Des Moines, IA 50368-9100
                                                                        TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 24, 2011**                    **Signature:**

District/off: 0752-1          User: wepps              Page 3 of 3          Date Rcvd: Nov 22, 2011
                             Form ID: pdf006           Total Noticed: 40

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2011 at the address(es) listed below:
          Kevin J Burns    on behalf of Trustee Philip Martino kevin.burns@quarles.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Philip V Martino    philip.martino@quarles.com,
           pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
          Philip V Martino    on behalf of Trustee Philip Martino philip.martino@quarles.com
          Raymond J Ostler    on behalf of Creditor  MB Financial Bank, NA rostler@gsgolaw.com
          Ross T Brand    on behalf of Debtor Nicholas Fiordaliso ndil@geracilaw.com
                                                                              TOTAL: 6