PAMELA S. HOLLIS
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| FIORDALISO JR., NICHOLAS | § | Case No. 09-31998 |
| FIORDALISO, RENATA | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By: /s/PHILIP V. MARTINO _____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NICHOLAS FIORDALISO JR. |  |  |  |
| Nicholas Fiordaliso, Jr. |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 American Honda Finance Attn: Bankruptcy Dept. 2170 Point Blvd Ste 100 Elgin IL 60123 | | | | | |
| | 2 Bloomingdale Township Attn: Bankruptcy Dept. 123 N. Rosedale Ave Bloomingdale IL 60108 | | | | | |
| | 3 Harris Bank Attn: Bankruptcy Dept. Po Box 94034 Palatine IL 60094 | | | | | |
| | 4 Harris Trust & Savings Attn: Bankruptcy Dept. 111 W Monroe St Chicago IL 60603 | | | | | |
| | 5 MB Financial Attn: Bankruptcy Dept. PO Box 6261 Chicago IL 60680 | | | | | |
| | 6 MGC Mortgage, Inc Attn: Bankruptcy Dept. 75 Remittance Dr. STe 6664 Chicago IL 60675 | | | | | |
| | Statman, Harris & Eyrich LLC | | | | | |
| | SEE EXHIBIT B TO SETTLELMENT MOTION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| JAMES E. COOGAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Liz Picchiotti 131 Brandon Court Palantine IL 60007 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Alexian Brothers Med Center Bankruptcy Deparmtent 800 Biesterfield Rd. Elk Grove Village IL 60007 | | | | | |
| 10 | Home Depot/Citibank Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| 11 | Home Depot/Citibank Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | IL Bone and Joint Institute Bankruptcy Department 5057 Paysphere Circle Chicago IL 60674 | | | | | |
| 13 | Illinois Collection SE Attn: Bankruptcy Dept. 8231 185Th St Ste 100 Tinley Park IL 60487 | | | | | |
| 14 | Illinois Collection SE Attn: Bankruptcy Dept. 8231 185Th St Ste 100 Tinley Park IL 60487 | | | | | |
| 15 | Illinois Collection SE Attn: Bankruptcy Dept. 8231 185Th St Ste 100 Tinley Park IL 60487 | | | | | |
| 16 | Illinois Collection SE Attn: Bankruptcy Dept. 8231 185Th St Ste 100 Tinley Park IL 60487 | | | | | |
| 17 | Illinois Collection SE Attn: Bankruptcy Dept. 8231 185Th St Ste 100 Tinley Park IL 60487 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 18 Lowe's/GEMB Attn: Bankruptcy Dept. Po Box 103065 Roswell GA 30076 | | | | | |
| | 19 Loyola Univ. Med. Center Attn: Bankruptcy Department PO Box 95009 Chicago IL 60694 | | | | | |
| | 2 Alexian Brothers Medical Group Bankruptcy Deparmtent PO Box 843147 Boston MA 02284 | | | | | |
| | 20 Macy's/DSNB Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 21 MB Financial Attn: Bankruptcy Dept. 1200 N Ashland Ave Chicago IL 60622 | | | | | |
| | 22 Menards/Household Bank Attn: Bankruptcy Dept. 90 Christiana Rd New Castle DE 19720 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 23 | Midwest Open MRI Bankruptcy Department PO Box 66973/Slot 30298 Chicago IL 60666 | | | | | |
| 24 | Nordstrom Bank, FSB Attn: Bankruptcy Dept. Po Box 6555 Englewood CO 80155 | | | | | |
| 25 | Physician Anesthesia Assoc Attn: Bankruptcy Dept. Dept 4330 Carol Stream IL 60122 | | | | | |
| 26 | Roomplace/WFNNB Attn: Bankruptcy Dept. Po Box 2974 Shawnee Mission KS 66201 | | | | | |
| 27 | Royal First Assistants, Inc Attn: Bankruptcy Dept. 5273 Wakefield Ln Long Grove IL 60047 | | | | | |
| 28 | Sears/Citibank Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 29 The Blue Book of Building & Co Attn: Bankruptcy Dept. PO Box 500 Jefferson Valley NY 10535 | | | | | |
| | 4 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 6 Dependon Collection SE Attn: Bankruptcy Dept. Po Box 4833 Oak Brook IL 60522 | | | | | |
| | 7 Dick's Sporting Goods/GEMB Attn: Bankruptcy Dept. Po Box 981474 El Paso TX 79998 | | | | | |
| | 8 Home Depot Bankruptcy Department PO Box 689100 Des Moines IA 50368-9100 | | | | | |
| | 9 Home Depot Credit Svc/Citicard Bankruptcy Department PO Box 6029 The Lakes NV 88901 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Revenue Cycle Solutions/RCS Bankruptcy Department PO Box 7229 Westchester IL 60154 | | | | | |
| 000004 | CHASE BANK USA NA | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000001 | WESTLAKE HOSPITAL | | | | | |
| 000002 | WESTLAKE HOSPITAL ANESTHESIA GROUP | | | | | |
| | CHASE BANK USA NA | | | | | |
| | FIA CARD SERVICES, N.A. | | | | | |
| | WESTLAKE HOSPITAL | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

6/1/2010

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-31998 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | FIORDALISO JR., NICHOLAS | | | Date Filed (f) or Converted (c): | 08/29/09 (f) |
| | FIORDALISO, RENATA | | | 341(a) Meeting Date: | 10/15/09 |
| For Period Ending: | 03/12/12 | | | Claims Bar Date: | 10/26/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PI LAWSUIT (u) | 0.00 | 118,907.55 | | 150,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.48 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $118,907.55 | $150,000.48 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report is filed and the hearing was held on January 10, 2012. Distribution was made on January 11, 2012
and Trustee awaits a zero bank balance.

Initial Projected Date of Final Report (TFR): 11/15/11     Current Projected Date of Final Report (TFR): 11/15/11

LFORM1

Ver: 16.05d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-31998 -PSH | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | FIORDALISO JR., NICHOLAS | | Bank Name: | BANK OF AMERICA, N.A. |
| | FIORDALISO, RENATA | | Account Number / CD #: | *******0878  BofA - Money Market Account |
| Taxpayer ID No: | *******6869 | | | |
| For Period Ending: | 03/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/27/11 | 1 | Dwyer McCarthy & Associates | | | 64,191.88 | | 64,191.88 |
| | | Fiordaliso Settlement | | | | | |
| | | DWYER MCCARTHY & ASSOCIATES | Memo Amount:       150,000.00 | 1142-000 | | | |
| | | | Settlement from personal injury | | | | |
| | | JAMES E. COOGAN | Memo Amount:  (    54,715.67 ) | 3210-000 | | | |
| | | | Special Counsel Fees and Costs | | | | |
| | | SEE EXHIBIT B TO SETTLELMENT MOTION | Memo Amount:  (    31,092.45 ) | 4120-000 | | | |
| | | | Payment to lien holders | | | | |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 64,191.90 |
| 10/27/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.46 | | 64,192.36 |
| 10/27/11 | | Transfer to Acct #*******0881 | Transfer In From MMA Account | 9999-000 | | 64,192.36 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 150,000.00 | COLUMN TOTALS | 64,192.36 | 64,192.36 | 0.00 |
| Memo Allocation Disbursements: | 85,808.12 | Less:  Bank Transfers/CD's | 0.00 | 64,192.36 | |
| | | Subtotal | 64,192.36 | 0.00 | |
| Memo Allocation Net: | 64,191.88 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 64,192.36 | 0.00 | |

Page Subtotals     64,192.36     64,192.36

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-31998 -PSH | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | FIORDALISO JR., NICHOLAS | | Bank Name: | BANK OF AMERICA, N.A. |
| | FIORDALISO, RENATA | | Account Number / CD #: | *******0881 BofA - Checking Account |
| Taxpayer ID No: | *******6869 | | | |
| For Period Ending: | 03/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/27/11 | | Transfer from Acct #*******0878 | Transfer In From MMA Account | 9999-000 | 64,192.36 | | 64,192.36 |
| 01/11/12 | 003001 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 9,099.05 | 55,093.31 |
| 01/11/12 | 003002 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee<br>    Fees    1,881.50<br>    Expenses  36.90 | <br>3110-000<br>3120-000 | | 1,918.40 | 53,174.91 |
| 01/11/12 | 003003 | Westlake Hospital<br>C/O James T. Gately<br>8233 W. 185th Street<br>Tinley Park, IL 60487 | Claim 000001, Payment 100.97888%<br><br><br><br>    Claim    4,261.00<br>    Interest  41.71 | <br><br><br><br>7100-000<br>7990-000 | | 4,302.71 | 48,872.20 |
| * 01/11/12 | 003004 | Westlake Hospital Anesthesia Group<br>c/o James T. Gately<br>8233 W. 185th Street<br>Tinley Park, IL 60487 | Claim 000002, Payment 100.97880%<br><br><br><br>    Claim    1,840.00<br>    Interest  18.01 | <br><br><br><br>7100-003<br>7990-003 | | 1,858.01 | 47,014.19 |
| 01/11/12 | 003005 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000003, Payment 100.97903%<br><br><br>    Claim    2,360.49<br>    Interest  23.11 | <br><br><br>7100-000<br>7990-000 | | 2,383.60 | 44,630.59 |
| 01/11/12 | 003006 | Chase Bank USA NA<br>PO BOX 15145 | Claim 000004, Payment 100.97891% | | | 11,611.08 | 33,019.51 |

Page Subtotals      64,192.36      31,172.85

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-31998 -PSH | |
| Case Name: | FIORDALISO JR., NICHOLAS | |
| | FIORDALISO, RENATA | |
| Taxpayer ID No: | *******6869 | |
| For Period Ending: | 03/12/12 | |

| | | |
|---|---|---|
| Trustee Name: | PHILIP V. MARTINO | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******0881 BofA - Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Wilmington, DE 19850-5145 | Claim 11,498.52 | 7100-000 | | | |
| | | | Interest 112.56 | 7990-000 | | | |
| 01/11/12 | 003007 | NICHOLAS FIORDALISO JR.<br>2219 HAIDER<br>NAPERVILLE, IL 60564 | Surplus Funds | 8200-002 | | 33,019.51 | 0.00 |
| * 01/31/12 | 003004 | Westlake Hospital Anesthesia Group<br>c/o James T. Gately<br>8233 W. 185th Street<br>Tinley Park, IL 60487 | Claim 000002, Payment 100.97880%<br>Check returned by creditor - Claim No. 2 already paid in full. | | | -1,858.01 | 1,858.01 |
| | | | Claim ( 1,840.00 ) | 7100-003 | | | |
| | | | Interest ( 18.01) | 7990-003 | | | |
| 02/07/12 | 003008 | Nicholas Fiordaliso, Jr. | Check 3004 to Westlake Anesthesia Group was returned by the creditor. Surplus funds paid to Debtor. | 8200-002 | | 1,858.01 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 64,192.36 | 64,192.36 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 64,192.36 | 0.00 | |
| | | Subtotal | | 0.00 | 64,192.36 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 34,877.52 | |
| | | Net | | 0.00 | 29,314.84 | |

| | | | NET | NET | ACCOUNT |
| Total Allocation Receipts: | 150,000.00 | TOTAL - ALL ACCOUNTS | DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 85,808.12 | BofA - Money Market Account - ********0878 | 64,192.36 | 0.00 | 0.00 |
| | | BofA - Checking Account - ********0881 | 0.00 | 29,314.84 | 0.00 |
| Total Memo Allocation Net: | 64,191.88 | | 64,192.36 | 29,314.84 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | Page Subtotals | 0.00 | 33,019.51 | |

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-31998 -PSH | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | FIORDALISO JR., NICHOLAS | Bank Name: | BANK OF AMERICA, N.A. |
| | FIORDALISO, RENATA | Account Number / CD #: | *******0881 BofA - Checking Account |
| Taxpayer ID No: | *******6869 | | |
| For Period Ending: | 03/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

BofA - Money Market Account - ********0878

BofA - Checking Account - ********0881

| | | | | Page Subtotals | 0.00 | 0.00 | |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*